UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX SAMORANO,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>          Defendant. | Case No. C10-2015-TSZ<br><br>ORDER DISMISSING CASE |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, docket no. 16, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Pursuant to the parties' stipulated motion, docket no. 15, this case is DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 25th day of April, 2011.

_____
Thomas S. Zilly
United States District Judge

ORDER
PAGE - 1